UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BOYD, pro se,<br><br>         Plaintiff,<br><br>v.<br><br>FALLBROOK UNION ELEMENTARY SCHOOL DISTRICT,<br><br>         Defendant. | Case No.: 18cv1816-LAB (KSC)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; AND**<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS; AND**<br><br>**ORDER DENYING AS MOOT EX PARTE REQUEST TO RE-SERVE** |

  Plaintiff Dennis Boyd, proceeding *pro se*, filed his complaint along with a motion to proceed *in forma pauperis* ("IFP"). The motion is incomplete.

  The motion was filed using a form, but Boyd's answers are incomplete. The motion identifies only a few of Boyd's living expenses, and the amounts add up to $1325. Given that his monthly pension is $1739.87, it is unclear where the rest of the money is going. Most of the information concerning income is blank, implying that the only money Boyd receives each month is his pension.

  The motion also says the only valuable property Boyd owns is his car and $1739.87 in either cash or a bank account. But later it says he has a reverse

1

mortgage of $550,000. Accepting this as true, it means Boyd owns an encumbered house. He also may be receiving reverse mortgage payments, or at least may have access to money from that source.

The motion does not show that Boyd meets the standard to be allowed to proceed IFP, and it is **DENIED**. No later than **November 14, 2018**, Boyd must either pay the filing fee or file a new IFP motion clarifying the issues this order has pointed out. If he files a renewed IFP motion, it must be complete, and must comply with this District's Civil Local Rule 3.2. The Court must actually receive his filing fee or motion by the close of business on November 14. Mailing it or having it postmarked by that date is not enough. **If Boyd fails to do either of these things within the time permitted, this action will be dismissed without prejudice but without leave to amend.**

Without waiting to be served, Defendant appeared and filed a motion to dismiss. Then, after Boyd failed to oppose the motion, Defendant realized it had not been properly served. Defendant has now filed an *ex parte* motion for leave to serve Boyd again.

The motion to dismiss is **DENIED WITHOUT PREJUDICE** as premature, and the motion for leave to serve Boyd with the motion is **DENIED AS MOOT**. Assuming Boyd either pays the filing fee or is granted leave to proceed IFP, Defendant may re-file its motion to dismiss.

**IT IS SO ORDERED**.

Dated: October 24, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge

2
18cv1816-LAB (KSC)